# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRINITY DISTRIBUTORS, LLC,

        Plaintiff,        Case No. 04-C-240

    v.

LEHMAN BROTHERS HOLDING, INC.,
and LINCOLN CAPITAL FIXED INCOME
MANAGEMENT COMPANY, LLC,

        Defendants.

## ORDER AND OPINION

The parties having voluntarily stipulated to the dismissal of all claims raised, the court ORDERS that this action is dismissed with prejudice and without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Trinity Distributors, LLC brought this action against Defendants Lehman Brothers Holding, Inc. and Lincoln Capital Fixed Income Management Company, LLC before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily agreed to dismiss all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed upon its merits, with prejudice, but without costs to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 15th day of June, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge